Ex parte Marlin Bland TURNER.

No. 28550.

Court of Criminal Appeals of Texas.

Oct. 24, 1956.

---

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is an appeal from an order of the District Court of Jefferson County remanding appellant to the custody of the Sheriff of said county.

As required by Article 827, Vernon's Ann.C.C.P., the record does not reflect that a notice of appeal was given and entered of record. In the absence thereof, this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.